Isaac Krofft, *Respondent*, v. Junius Collins, *Appellant.*— Judgment of County Court and justice reversed, with costs. Opinion by Bockes, J.

John H. Kiersted and others, *Respondents*, v. Harriet M. West and Frank D. West, *as Administratrix, etc., Appellants.* — Judgment affirmed, with costs. Opinion by Boardman, J.

James R. Wilmott and others, *Commissioners of Highways, etc., Appellants*, v. Moses Bartron, *Respondent.* — Judgment of County Court affirmed, with costs. Opinion by Bockes, J.

Samuel Law, *Respondent*, v. Luther S. McDonald, *Appellant.*— Judgment reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

Catherine E. Dodge, *by Guardian, Respondent*, v. Joseph T. Stevens and others, *Appellants.* — Judgment affirmed, with costs. Opinion by Boardman, J.

Norman Porter, *Appellant*, v. John Beale, *Respondent.*— Judgment reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

Elizabeth C. Bennett and others, *Appellants*, v. Mary Bundy and Martin Swornberger, *Respondents.*— Judgment affirmed, with costs. Opinion by Boardman, J.

Thompson Manning and others, *Executors, etc., Respondents*, v. Samuel Baker, *Appellant.*— Judgment and order affirmed, with costs. Opinion by Bockes, J.

Annie Dwyer, *as Administratrix, etc., Respondent*, v. The President, Managers and Company of the Delaware and Hudson Canal Company, *Appellants.*— Judgment and order reversed, and new trial granted, costs to abide event. Mem. by Boardman, J.; Learned, P. J., not acting.

Luther T. Fox, *as Trustee, etc., Respondent*, v. Henry Smith, *as Executor, etc.*, and others, *Appellants, Impleaded, etc.* — Judgment affirmed, with costs, upon opinion by Justice Ingalls at Special Term.

William H. McKinney and others, *Appellants*, v. Dennis Collins, *Respondent.*— Judgment affirmed, with costs. Opinion by Boardman, J.; Learned, P. J., not acting.

Henry S. Jarvis, *Respondent*, v. Hugh J. Jewett, *as Receiver of the Erie Railway Company, Appellant.*— Order affirmed, with costs. Mem. by Bockes, J.

The People of the State of New York *ex rel.* Neil Gilmour, *Superintendent of Public Instruction, Respondent*, v. Frederick Hyde and others, *Appellants.*— Order affirmed, with costs, upon opinion of Justice Martin at Special Term.